# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  
          vs )  
           )  
(2) ESMERALDA ANGELICA TOMAS )  
           )

CASE NUMBER __16 MJ 1810__

**ABSTRACT OF ORDER**

Booking No. __571050298__

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___7/7/16___

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__X__ Defendant released on $ __10,000 p/s__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Barbara Lynn Major

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL        Clerk  
by  
       Deputy Clerk

Received _____  
      DUSM

Crim-9   (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

M. Behning X 101099